D. RICHARD WEISS, complainant,

*v.*

CENTRAL CAFETERIA, a corporation, defendant.

[Decided January 23d, 1933.]

234

*Mr. Harry Green,* for the appellant.

*Mr. David Yonteff* and *Mr. Merritt Lane,* for the respondent chattel mortgagee.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Church in the court of chancery.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 13.

*For reversal*—None.